Frank Conklin WSBA 4325
C.K. Carlton p.s.
818 West Riverside # 640
Spokane Wa 99201
(509) 747 6877

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:**<br><br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a/ THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation sole.**<br><br>**Debtor** | **No. 04 - 08822 – PCW 11** |
| **Michael Shea**<br><br>**Plaintiff**<br><br>**Vs**<br><br>**THE CATHOLIC BISHOP OF SPOKANE a/k/a/ THE CATHOLIC DIOCESE OF SPOKANE, a Washington Corporation sole** | **Adversary Number**<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT TO DETERMINE PROPERTY OF THE ESTATE** |

Comes now Plaintiff and for cause of action alleges:

1. This is a core proceeding to determine the property of the estate.
2. Plaintiff herein seeks a Declaratory Judgment pursuant to the authority granted in 28 USCA § 2201 and Fed. R. Civ. Pro. 57.

ORIGINAL



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877

3. Plaintiff Michael Shea is a tort claimant against the Debtor, the Catholic Bishop of Spokane, a corporation sole.

4. The Debtor, the Catholic Bishop of Spokane is a corporation sole organized under the laws of the State of Washington, RCW 24.12.010.

## STATEMENT OF FACTS

1) The Debtor, the Catholic Bishop of Spokane, a corporation sole, is the legal owner of the real property occupied by the schools and churches listed in Schedule F as Creditors Holding Unsecured Nonpriority Claims: All Saints School, Spokane; Bishop White Seminary; Spokane; Cataldo Catholic School, Spokane; Cathedral of Our Lady of Lourdes, Spokane; Catholic Cemeteries, Holy Cross, Spokane; Catholic Newman Center, Cheney; Holy Family School, Clarkston; Holy Ghost Church; Valley; Holy Rosary Church, Pomeroy; Holy Rosary Parish, Tonasket; Immaculate Conception Church, Colville; Immaculate Conception Church, Davenport; Immaculate Conception Church Republic; Immaculate Conception Church, Oroville; Immaculate Heart Retreat



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877

Center, Spokane; Mary Queen of Heaven Church, Spokane; Morning Star Boys Ranch; Our Lady of Fatima, Spokane; Our Lady of Lourdes West, Fruitland; Our Lady of the Lake, Suncrest; Our Lady of the Valley, Okanagan; Pioneer House, Walla Walla; Rockwood Land, Spokane; Sacred Heart Brewster; Sacred Heart Parish, Othello; Sacred Heart Parish, Pullman; Sacred Heat Parish, Springdale; Sacred Heat Parish, Wilbur; Sacred Heart Church, Spokane; Sacred Heart Parish Nespelem; St. Aloysius Church, Spokane, St. Ambrose, Lind, Saint Anne Church, Spokane, St. Anthony Church, Newport; St. Bernard, Ione; St. Boniface, Uniontown; St. Charles Church, Spokane; St. Francis Assisi, Harrington; St. Francis Assisi, Walla Walla, St. Francis Xavier, Spokane; St. Genevieve, Twisp; St. John Vianney, Spokane; St. Joseph, Spokane; St. Joseph, Colbert; St. Joseph, Dayton; St. Joseph, Jump Off Joe, Valley; St. Joseph, Metaline Falls; St. Joseph, Odessa; St. Joseph Church, Otis Orchards; St. Marks, Waitsburg; St. Mary`s Church, Spokane Valley; St. Mary Mission, Omak; St. Mary of the



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877

Rosary, Chewelah; St. Mary Presentation, Deer Park; St. Mary`s Parish, Spokane Valley; St. Michael, Reardon; St. Michael`s Mission, Inchelium; St. Patrick`s, Colfax; St. Patrick, Pasco; St. Patrick Spokane; St. Patrick Parish, Walla Walla; St. Paul the Apostle, Eltopia; St. Philip`s Villa, Spokane; St. Rose of Lima, Cheney; St. Thomas More Parish and School, Spokane; St. Vincent, Connell; St. Vincent DePaul Parish, Connell; Walla Walla Catholic Schools.

2) The Diocese of Spokane, a corporation sole, is the legal owner of other schools, parishes, and legal and personal property not listed above. After discovery, Plaintiff reserves the right to amend the Complaint to include all personal and real property whose legal title is in the name of *The Catholic Bishop of Spokane, a Corporation sole.*

3) All policies of insurance for property damage or premises liability for these properties were issued in the name of *The Catholic Bishop of Spokane, a Corporation sole.*

4) Each of the parcels of real estate listed above is under the complete domination and control of *The Catholic*



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877

*Bishop of Spokane, a Corporation sole,* and he can close them; sell them and dispose of the proceeds as he sees fit without any obligation under Washington law to account to the parishioners nor to any other person in this State for his actions.

5) The individual parishes, schools etc. itemized above have no legal existence in Washington State and cannot sue nor be sued in the courts of Washington State.

6) All actions against any of the individuals parishes, schools etc. itemized above have to be brought against their owner and sole proprietor: *The Catholic Bishop of Spokane, a Corporation sole.*

7) The parishes and schools within the Diocese of Spokane are not legal entities separate and independent from *The Catholic Bishop of Spokane, a Corporation sole.*

8) The neutral principles of Washington State property law require the Court to hold that the parishes and schools in question are owned, operated and control, lock stock and barrel, by *The Catholic Bishop of Spokane, a Corporation sole.*



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877

9) The contention of the Diocese that Roman Catholic Canon Law supercedes the law of Washington and exempts these assets from the claims of creditors in this State is frivolous.

10) The Debtor *Catholic Bishop of Spokane, a Corporation sole,* and not the parishes and schools own the real and personal property at issue in this litigation.

11) Parishes and schools in question have no legally recognized identity because they are simply operating divisions of the hierarchically integrated *Catholic Bishop of Spokane, a Corporation sole.*

12) The unincorporated parishes and schools which are the property of *The Catholic Bishop of Spokane, a Corporation sole* are utterly devoid of any cognizable independent legal status.

13) *The Catholic Bishop of Spokane, a Corporation sole* cannot, as a matter of law, hold property in trust for itself.

**WHEREFORE,** Plaintiff prays for judgment as follows:

1) A Declaratory Judgment that the schools, parishes and other real property and personal property in the name of *The Catholic*



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877

*Bishop of Spokane, a Corporation sole* are the property of this bankrupt estate.

2) An Order certifying this question of State Property Law to the Supreme Court of Washington for prompt and final adjudication.

3) An Order obligating *The Catholic Bishop of Spokane, a Corporation sole,* to file Amended Schedules.

4) Such other relief as the Court deems just and proper.

Respectfully submitted,

Frank Conklin

Frank Conklin WSBA 4325



LAW OFFICE
C.K. HEAVERLO P.S.
DR FRANK CONKLIN
Suite 640 Lincoln Bldg.
818 West Riverside
Spokane, WA 99201
(509) 747-6877